Case 3:06-cr-00674-WHA   Document 6   Filed 10/24/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KATHERINE GRAY,<br><br>　　　　　　　Defendant. | No. CR 06-0674 WHA (JL)<br><br>STIPULATION AND ORDER<br>PERMITTING TRAVEL |

## STIPULATION

Defense counsel avers that the defendant has job interviews scheduled in the greater New York area during a two-week period in November. She also intends to visit family while back East. Accordingly the parties agree that she should be allowed to travel as follows: from San Francisco to New York City, leaving on November 15, 2006 to attend job interviews and visit family in New York and New Jersey, returning to San Francisco on November 29, 2006.

It is so stipulated.

DATED: 10/23/06

_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Katherine Gray

DATED: 10/24/06

_____
TRACIE BROWN
Assistant United States Attorney

STIP & ORDER PERMITTING TRAVEL
*United States v. Katherine Gray*
CR 06-0674 WHA (JL)

- 1 -

## ORDER

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel as follows: from San Francisco to New York City, leaving on November 15, 2006 to attend job interviews and visit family in New York and New Jersey, returning to San Francisco on November 29, 2006.

IT IS SO ORDERED.

Case 3:06-cr-00674-WHA   Document 6   Filed 10/24/2006   Page 2 of 2

DATED: October 24, 2006

_____
JAMES L. LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED / Judge James Larson* (seal: United States District Court, Northern District of California)