IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0674 WHA (JL) |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER EXTENDING PERMISSION TO TRAVEL |
| KATHERINE GRAY, ) | |
| Defendant. ) | |

## STIPULATION

Defense counsel avers that the defendant's job interviews have continued beyond the time previously planned. She now requests permission to return to San Francisco on December 4, 2006. Accordingly the parties agree that she should be allowed to remain in the New York City area until her return to San Francisco on December 4, 2006.

It is so stipulated.

DATED: 11/29/06         /s/
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Katherine Gray


DATED: 11/29/06         /s/
TRACIE BROWN
Assistant United States Attorney

STIP & ORDER EXTENDING PERMISSION TO TRAVEL
*United States v. Katherine Gray*
CR 06-0674 WHA (JL)                - 1 -

**ORDER**

GOOD CAUSE APPEARING, the defendant is hereby permitted to remain in the New York City area until her return to San Francisco on December 4, 2006.

IT IS SO ORDERED.

DATED: 11-30-06

IT IS SO ORDERED
Judge James Larson

JAMES L. ___
CHIEF ___ JUDGE

STIP & ORDER EXTENDING PERMISSION TO TRAVEL
*United States v. Katherine Gray*
CR 06-0674 WHA (JL)                                    - 2 -