IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-0674 WHA (JL) |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND |
| vs. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| KATHERINE GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Defense counsel avers that the defendant has obtained employment in the Southern District of New York and intends to relocate to New York City. Pretrial Services has been informed of her new address and has approved of her change of residence. Ms. Gray also will continue her search for better employment in the New York and New Jersey area, which will likely include interviews at locations in New Jersey. Accordingly the parties agree that her conditions of release should be modified to allow travel in the Southern and Eastern Districts of New York, the District of New Jersey and the Northern District of California.

It is so stipulated.

DATED: 12/7/06          ____/s/_____
                        RONALD C. TYLER
                        Assistant Federal Public Defender
                        Counsel for Katherine Gray

STIP & ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Katherine Gray*
CR 06-0674 WHA (JL)           - 1 -

DATED: 12/7/06     /s/_____
ROBERT REES for TRACIE BROWN
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the defendant's conditions of release are modified as follows: travel is restricted to the Eastern and Southern Districts of New York, the District of New Jersey and the Northern District of California. In all other respects, this Court's previous order setting conditions of release entered on September 28, 2006 remains in full force and effect.

IT IS SO ORDERED.

DATED: 12-20-06     _____
JAMES LARSON
CHIEF UNITED STATES MAGISTRATE JUDGE

STIP & ORDER MODIFYING CONDITIONS OF RELEASE.
*United States v. Katherine Gray*
CR 06-0674 WHA (JL)     - 2 -