FILED
JAN 10 PM 3: 35
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**    )
                                )
              **vs.**           )    **Docket Number: CR 06-0674**
                                )
       **Katherine Gray**       )
                                )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby

ordered that the judgment and sentence originally set for _____March 13, 2007_____

be continued until _____April 10, 2007_____ at _____2:00 p.m._____.

1-9-07

Date: _____          _____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA et al,

               Plaintiff,

v.

KATHERINE GRAY et al,

               Defendant.

_____/

Case Number: CR06-00674 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ronald C. Tyler
Federal Public Defender's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Tracie L. Brown
U.S. Attorney's Office
450 Golden Gate Ave. 10th Fl.
San Francisco, CA 94102

Sheila John
Supervisory US Probation Officer


Dated: January 10, 2007

Richard W. Wieking, Clerk
By: D. Toland, Deputy Clerk